387 A.2d 927

Westinghouse Electric Corporation v. First
Pennsylvania Bank, N.A., Appellant.

Argued December 9, 1976. W. Thomas Tither, Jr.,
with him James G. Rosenberg, for appellant; William J.
Cattie, III, with him Arthur L. Jenkins, Jr., for appellee.

Case remanded for taking of testimony relative to jurisdiction.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

387 A.2d 927

Yialouris, et ux. v. Markantone, et ux., Appellants, et al.

Argued November 15, 1977. Warren S. Reding, with him Reding & Rea, for appellants; Jerome M. Libenson, with him Baskin, Boreman, Wilner, Sachs, Gondelman & Craig, for appellees.

Order affirmed.

PRICE, J., dissented.

WATKINS, former P. J., did not participate in the consideration or decision of this case.